# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-2478-RBJ

**REBECCA AGWU, et al,**

    Plaintiffs,

v.

**THE CITY AND COUNTY OF DENVER, et al,**
    Defendants.

---

## **UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

---

COMES NOW Plaintiffs, by and through counsel, Baumgartner Law, LLC and Beem & Isley, PC, to respectfully request as follows:

### **CERTIFICATE OF CONFERRAL**

Undersigned counsel hereby certifies they have conferred with counsel for Defendants and Defendants do not oppose the relief sought in this Motion.

1. Plaintiffs previously moved to amend certain deadlines in the Scheduling Order on October 21, 2022 [ECF 37], and the Court granted the motion in part on January 4, 2023 [ECF 39], wherein the Scheduling Order deadlines were modified as follows:

   - Affirmative Expert Disclosures     January 19, 2023
   - Rebuttal Expert Disclosures     March 16, 2023
   - Discovery Cut-Off     April 21, 2023
   - Dispositive Motions Deadline     May 15, 2023

2. While the Court granted the request to extend the expert disclosure deadlines without

modification, the discovery cut-off and dispositive motions deadlines were not extended to the full extent requested because of legitimate timing and scheduling concerns articulated by the Court in its order. [ECF 39].

3. Plaintiffs appreciate the Court's thoughtful consideration of their previous request to amend deadlines and its willingness to extend deadlines within the parameters of the Court's timing and scheduling concerns. Unfortunately, the circumstances of this particular case require another extension request.

4. In this motion, Plaintiffs are requesting a 6-week extension of time for the parties to exchange affirmative expert disclosures with a corresponding extension of time for rebuttal experts. As indicated in the Certificate of Conferral, defense counsel is not opposed to this request for reasons that are further discussed below. This request would require further adjustment to the discovery cut-off and dispositive motions deadlines.

3. The reasons for the request are rooted in the following:

- the large number of Plaintiffs (42), two of whom each have claims against two Denver officers, respectively;
- the enormous volume of documents and materials disclosed by Defendant Denver, which currently includes over 55,000 files consisting of 481 gigabytes;
- illness that affected Plaintiffs' counsel and their households in both firms during the late autumn and early winter months of 2022.

4. Defendant Denver served written discovery on each of the 42 Plaintiffs. Defense counsel has been professionally courteous in allowing the Plaintiffs to go well beyond the presumptive deadlines for responding to such discovery because of difficulties inherent in managing such a large number of individuals. Discovery responses from individual Plaintiffs are still continuing to

trickle in. Moreover, defense counsel has recently confirmed that they plan to depose every Plaintiff in the case. This will require a lot of time to plan, schedule, and carry out. Accordingly, defense counsel could also use additional time to receive and review these responses.

5. With respect to the large volume of documents from Denver, these documents were not disclosed all at once from the beginning. Rather, additional documents had to be requested, in part because of missing items, and in part because of technical glitches that prevented certain documents and files from opening or downloading. Furthermore, it has taken multiple days just to download and save the disclosed documents, not to mention the time required to review, organize, and process the information. The most recent document disclosure arrived just before the winter holidays on December 12, 2022, and Plaintiffs' counsel are still in the process of going through those materials.

5. Many of the disclosed files are large video files from BWC, HALO, and other sources. Downloading these files and viewing the videos are extremely time-consuming. In addition, the time-consuming process of going through these video files is important because quite a few Plaintiffs appear and can be identified in these videos. Unfortunately, it is impossible to know in which videos any one or more of the Plaintiffs might appear without taking the time to go through them.

6. Plaintiffs' counsel have been trying to use resources available through related cases, including the *Epps/Fitouri* matter, but the amount of information has taken and continues to take a long time to process as previously discussed. In addition, even though many, if not all, of the Plaintiffs here have raised similar issues as the Plaintiffs in other cases, each individual Plaintiff presents certain unique circumstances.

7. Plaintiffs and Defendants (based on counsel's conferral) need additional time for their

3

experts to review relevant materials so that their initial reports can be as extensive and complete for this case as possible.

8. Accordingly, Plaintiffs request an extension of the expert disclosure deadlines as follows:

- Affirmative Expert Disclosures     March 2, 2023
- Rebuttal Expert Disclosures        April 13, 2023

9. In consideration of the Court's prior order of January 4, 2023 [ECF 39], Plaintiffs further request/suggest an extension of the following deadlines:

- Discovery Cut-Off                  May 1, 2023
- Dispositive Motions Deadline       May 25, 2023

10. A copy of this motion will be sent to the Plaintiffs pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, Plaintiffs respectfully request that the Scheduling Order be amended to extend the deadlines for expert disclosures, discovery cut-off, and dispositive motions as set forth above, and for such other and further relief as the Court deems proper and just.

Dated this 17th day of January, 2023.

| Respectfully submitted, | Respectfully submitted, |
| --- | --- |
| BEEM & ISLEY, P.C. | BAUMGARTNER LAW, L.L.C. |
| *s/Clifford L. Beem* | *s/ S. Birk Baumgartner* |
| Clifford L. Beem | S. Birk Baumgartner |
| A. Mark Isley | Adam R. Yoast |
| Danielle C. Beem | 300 E. Hampden Ave., Ste. 401 |
| 730 17th St., Ste. 850 | Englewood, CO 80113 |
| Denver, CO 80202 | Phone: (303) 529-3476 |
| Phone: (303) 894-8100 | Fax: (720) 634-1018 |
| Fax: (303) 894-8200 | birk@baumgartnerlaw.com |
| clbeem@beemlaw.net | adam@baumgartnerlaw.com |
| amisley@beemlaw.net | |
| dcbeem@beemlaw.net | |

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following via e-mail:

    Andrew D. Ringel
    Katherine N. Hoffman
    Edmund M. Kennedy
    Alexandria L. Bell
    Hall & Evans, LLC
    *Attorneys for Defendants*

    Plaintiffs
    *Via electronic delivery*

                                          *s/ Carly C. Kelley*
                                          Carly C. Kelley