IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02478-RBJ

REBECCA AGWU, et al.,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.,

     Defendants.

_____

## NOTICE OF ENTRY OF APPEARANCE
_____

Mark S. Ratner, Esq., of Hall & Evans, L.L.C., enters his appearance on behalf of

Defendant David Hunter.

     Dated this 3rd day of May, 2023.

     Respectfully submitted,

     */s/ Mark S. Ratner*
     Mark S. Ratner, Esq.
     of Hall & Evans, L.L.C.
     1001 17th Street, Suite 300
     Denver, CO 80202
     Phone:  303-293-3220
     Fax:    303-628-3368
     ratnerm@hallevans.com

     **ATTORNEYS FOR DEFENDANTS**
     **CITY AND COUNTY OF DENVER, ALFONSO**
     **CARRERA AND DAVID HUNTER**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 3rd day of May, 2023, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Clifford L. Beem, Esq.
clbeem@beemlaw.net

A. Mark Isley, Esq.
amisley@beemlaw.net

Danielle C. Beem, Esq.
dcbeem@beemlaw.net

S. Birk Baumgartner, Esq.
birk@baumgartnerlaw.com

Adam R. Yoast, Esq.
adam@baumgartnerlaw.com


*/s/ Sarah Stefanick*
Legal Assistant

2