IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02478-RBJ

REBECCA AGWU, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.,

    Defendants.

## JOINT MOTION TO EXTEND DISCOVERY CUT-OFF

    Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby respectfully submits this Joint Motion to Extend Discovery Cut-Off, as follows:

    1.    The current discovery cut-off in this matter is June 15, 2023. [ECF 46]. This matter includes 41 Plaintiffs. The parties have been scheduling and conducting the depositions of all of the Plaintiffs over the last several months. As the Court can appreciate, the number of Plaintiffs in this matter has made scheduling a logistical challenge. The parties have 15 depositions of Plaintiffs still to conduct in this matter. Multiple attorneys for the Plaintiffs and for the Defendants have been conducting the depositions, but the parties need some additional time to complete all the depositions of the Plaintiffs in this matter.

3. In addition, the parties need some additional time to complete any additional remaining discovery in this matter to address any loose ends related to the ongoing depositions such as producing or subpoenaing relevant documents.

4. Accordingly, the parties jointly request this Court extend the discovery cut-off in this matter for an additional thirty (30) days until and including July 15, 2023.

5. Pursuant to D.C.Colo.LCiv.R. 6.1(c), the undersigned counsel has served their respective clients with a copy of this Joint Motion.

WHEREFORE, for all the foregoing reasons, Plaintiffs and Defendants respectfully request this Court enter an Order extending the discovery cut-off to July 15, 2023, and for all other and further relief as this Court deems just and appropriate.

Dated this 14th day of June, 2023.

        Respectfully submitted,

        s/ *S. Birk Baumgartner*         .
        S. Birk Baumgartner, Esq.
        Baumgartner Law, L.L.C.
        300 E. Hampden Avenue, Suite 401
        Englewood, Colorado 80113
        Phone:  (303) 529-3476
        Fax:  (720) 634-1018
        birk@baumgartnerlaw.com

        Clifford L. Beam, Esq.
        A. Mark Isley, Esq.
        Danielle C. Beem, Esq.
        730 17th Street, Suite 850
        Denver, Colorado 80202
        Phone:  (303) 894-8100
        Fax:  (303) 894-8200
        clbeem@beemlaw.net
        amisley@beemlaw.net
        dcbeem@beemlaw.net

        **ATTORNEYS FOR PLAINTIFFS**

        */s/ Andrew D. Ringel*         
        Andrew D. Ringel, Esq.
        Katherine N. Hoffman, Esq.
        Edmund M. Kennedy, Esq.
        Jeffrey D. Clarke, Esq.
        of Hall & Evans, L.L.C.
        1001 17th Street, Suite 300
        Denver, CO 80202
        Phone:  303-628-3300
        Fax:     303-628-3368
        ringela@hallevans.com
        hoffmank@hallevans.com
        kennedye@hallevans.com
        clarkej@hallevans.com

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 14th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Clifford L. Beem, Esq.
clbeem@beemlaw.net

A. Mark Isley, Esq.
amisley@beemlaw.net

Danielle C. Beem, Esq.
dcbeem@beemlaw.net

S. Birk Baumgartner, Esq.
birk@baumgartnerlaw.com


*/s/ Nicole Marion*_____
Nicole Marion, Legal Assistant