IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02478-RBJ

REBECCA AGWU, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.,

    Defendants.

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE
with proposed Order

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Rebecca Agwu, Azria Arroyo, Scarlett Barnhill, Dana Bergren, Chelsea Smith, Victoria Brown, Porshai Campbell, David Chapman, Theresa Dougherty, David Hagan, Forrest Elliot, Fernando Garcia, Alisa Guy, Brandi Smith, Emily Heydt, Pamela Keltie, James Stacey, Christopher Lo Coco, Luna Rose Lo Coco, Timmy Lomas, Alexis Mendez, Alexis Morris-Philippus, Branden Rich, Elizabeth Werren, Benjamin Bialy, Asa Briggs, John Cameron, Dan Delany, Lily Knowles, Kassandrah Mashino, Ryan Jon Pflanzer, Sable Spottswood, Jonathan Ziegler, and James Sweetman ("Plaintiffs") and Defendant City and County of Denver ("Defendant"), by and through their respective counsel, that the Plaintiffs and Defendant have reached a full and final settlement of the Plaintiffs' claims against the Defendant in the above-captioned matter, and

    IT IS FURTHER STIPULATED AND AGREED to that the parties request the Court

enter an Order of Dismissal With Prejudice with each party to pay his, her, or its own costs and attorney's fees.

Dated this 25th day of October, 2023.

Respectfully submitted,

| BEEM & ISLEY, P.C. | HALL & EVANS, LLC |
|---|---|
| *s/Clifford L. Beem* | *s/ Andrew D. Ringel* . |
| Clifford L. Beem, Esq. | Andrew D. Ringel, Esq. |
| A. Mark Isley, Esq. | Katherine N. Hoffman, Esq. |
| Danielle C. Beem, Esq. | 1001 17th Street, Suite 300 |
| 730 17th St., Ste. 850 | Denver, Colorado 80202 |
| Denver, CO 80202 | Phone: (303) 628-3300 |
| Phone: (303) 894-8100 | Fax: (303) 628-3368 |
| Fax: (303) 894-8200 | ringela@hallevans.com |
| clbeem@beemlaw.net | hoffmank@hallevans.com |
| amisley@beemlaw.net | |
| dcbeem@beemlaw.net | **ATTORNEYS FOR DEFENDANT** |

BAUMGARTNER LAW, L.L.C.

*s/ S. Birk Baumgartner*
S. Birk Baumgartner, Esq.
730 17th St., Ste. 340
Denver, CO 80202
Phone: (303) 529-3476
Fax: (720) 634-1018
birk@baumgartnerlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 25th day of October, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record in this matter.

*s/ Nicole Marion,* Legal Assistant
Nicole Marion
Hall & Evans, L.L.C.